IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY PRICE THOMAS,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHELLE WILSON, et al.,<br><br>    Defendants. | Case No. 24-cv-03826-CRB<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO PROSECUTE** |

Plaintiff Gary Price Thomas filed this action against Eagle Transportation Company, Inc.; Yandall Truckway, LLC; Kim Brady; and various government employees. Defendants all moved to dismiss and timely served Thomas. See Mots. To Dismiss (dkts. 11, 14, 16, 17, 30); Proofs of Service (dkts. 12, 14-2, 16-2, 17-2, 30-2).

Thomas did not file a timely opposition to any Defendant's motion to dismiss. So this Court ordered Thomas to show cause by September 13 why his action should not be terminated for failure to prosecute under Federal Rule of Civil Procedure 41(b). See Order to Show Cause (dkt. 36). This Court expressly warned: "Failure to respond will result in dismissal of this action." Id. at 1.

Thomas did not respond to the order to show cause. Nor did he file any (belated) opposition to Defendants' motions to dismiss. As a result, and because this Court specifically warned Thomas of the consequences of his repeated failure to respond, this Court **DISMISSES WITH PREJUDICE** all Thomas's claims against all Defendants.

**IT IS SO ORDERED.**

Dated: September 16, 2024



CHARLES R. BREYER
United States District Judge